IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

VS                                      CR NO. <u>6:10-46</u>

**JOHN FORREST HAM, JR.**

# PLEA

The defendant, <u>**JOHN FORREST HAM, JR.**</u>, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count **1, 2 and 3** of the **Indictment**.

*John Ham*
(Signed) Defendant

Spartanburg, South Carolina
5/12/10