FILED: September 1, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-393
(6:10-cr-00046-TMC-1)
_____

In re: JOHN FORREST HAM, JR.

    Movant

_____

O R D E R
_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

The court denies the motion.

Entered at the direction of Judge Thacker with the concurrence of Judge Wilkinson and Judge Agee.

For the Court

/s/ Patricia S. Connor, Clerk